UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | 21 U.S.C. § 846 |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 1952(a)(3) |
| JEREMY M. ROBINSON | ) | 18 U.S.C. § 2 |

3:09CR 56

**THE GRAND JURY CHARGES:**

### COUNT 1

In or around the spring of 2006 and continuing till the spring of 2007, the exact dates being unknown to the grand jury, in the Northern District of Indiana and elsewhere,

**JEREMY M. ROBINSON**

the defendant herein, did knowingly and intentionally and unlawfully combine, conspire, confederate and agree with various other individuals, whose names are both known and unknown to the grand jury, to knowingly and intentionally distribute and possess with the intent to distribute controlled substances, to-wit: a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in an amount of 50 kilograms or more, contrary to the provisions of Section 841(a)(1), Title 21, United States Code.

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

In or around the end of November 2006 in the Northern District of Indiana and elsewhere,

### JEREMY M. ROBINSON

defendant herein, did knowingly and intentionally travel in interstate commerce from the Valparaiso, Indiana area to the Laredo, Texas area, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving the controlled substance marijuana, a Schedule I controlled substance, in violation of Title 21 United States Code § 841(a)(1), and defendant

### JEREMY M. ROBINSON

did thereafter perform an act of promotion and carrying on of the said unlawful activity, to-wit: by helping to arrange for a shipment of marijuana to be sent to Indiana.

All in violation of Title 18, United States Code, Sections 2 and 1952(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about November 29, 2006 in the Northern District of Indiana,

**JEREMY M. ROBINSON**

defendant herein, did knowingly and intentionally aid and abet the possession with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in an amount less than 50 kilograms.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b) and Title 18, United States Code. Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**

On or about March 20, 2007, the exact date being unknown to the grand jury, in the Northern District of Indiana and elsewhere,

**JEREMY M. ROBINSON**

defendant herein, willfully did cause a person known to the grand jury, to travel in interstate commerce from the Valparaiso, Indiana area to the Dallas, Texas area, with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, namely a business enterprise involving the possession and distribution of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and thereafter willfully did cause the person known to the grand jury to perform acts of promotion, management, establishment and carrying on of the said unlawful activity, to-wit: by picking up a load of approximately ninety (90) pounds of marijuana to be transported back to the Indiana area.

All in violation of Title 18, United States Code, Sections 2 and 1952(a)(3).

A TRUE BILL:

/s/Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

By:   /s/William T. Grimmer
      William T. Grimmer
      Assistant United States Attorney