UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v                                            Case No: 3:08-cr-56-RLM

JEREMY ROBINSON

## ORDER AMENDING CONDITIONS OF RELEASE

The May 27, 2009 order setting forth the conditions of the defendant's release by the Honorable Christopher A Nuechterlein, United States Magistrate Judge for the Northern District of Indiana, is now AMENDED as follows:

**Defendant is <u>not</u> required to maintain or commence an education program.**

All others conditions of release remain in full force and effect**.**

**SO ORDERED.**

Dated: May 29, 2009                          s/Christopher A Nuechterlein
                                             Christopher A Nuechterlein
                                             United States Magistrate Judge