UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CAUSE NO. 3:09-CR-56(01) RM |
| JEREMY M. ROBINSON | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 30, 2009 [Doc. No. 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jeremy Robinson's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. §§ 2 and 1952(a)(3).

SO ORDERED.

ENTERED:  August 18, 2009 

                                    /s/ Robert L. Miller, Jr.  
                                   Chief Judge  
                                   United States District Court